1   Kevin Fitzgerald
    **Lewis Saul & Associates, P.C.**
2   183 Middle Street, Suite 200
    Portland, ME 04101
3   Telephone: (207) 874-7407
    Fax: (207) 874-4930
4   Attorneys for Plaintiffs

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12  | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
    |---|---|
13  |  |  |
14  | This Document Relates To: |  |
15  | *Maria Gilbert v. Pfizer Inc*<br>(06-0354 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
16  |  |  |
17  | *Marlene McAdam v. Pfizer Inc, et al.*<br>(08-3642 CRB) |  |
18  | *Robert Hill v. Pfizer Inc, et al.*<br>(10-0814 CRB) |  |
19  |  |  |
20  | *Larry York, Sr. v. Pfizer Inc, et al.*<br>(10-1700 CRB) |  |
21  | *Diane Walker-Ketch v. Pfizer Inc, et al.*<br>(10-1842 CRB) |  |
22  |  |  |
23  | *Cynthia Carlton v. Pfizer Inc, et al.*<br>(10-4344 CRB) |  |

24

25         Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

26  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

27  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

28  //

                                          -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1 | each side bearing its own attorneys' fees and costs.

4 | DATED: 10/29, 2010    By: _____

**LEWIS SAUL & ASSOCIATES, P.C.**
183 Middle Street, Suite 200
Portland, ME 04101
Telephone: (207) 874-7407
Facsimile: (207) 874-4930

*Attorneys for Plaintiffs*

10 | DATED: 12/6, 2010    By: _____/s/_____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Dec. 13, 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**